# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NANCY S. MIURA,                          )
                                         )
                        Plaintiff,       )       Case No. 2:11-cv-00327-RCJ-GWF
                                         )
vs.                                      )       **ORDER**
                                         )
FREMONT HOTEL & CASINO, *et. al.*,       )
                                         )
                        Defendants.      )
_____)

     This matter is before the Court on the parties' failure to file a joint status report. The Minute Order (#15) dated March 2, 2011, required the parties to file a joint status report no later than April 1, 2011. To date the parties have not complied. Accordingly,

     **IT IS ORDERED** counsel for the parties shall file an status report no later than **April 15, 2011**.

     DATED this 5th day of April, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge