# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NANCY S. MUIRA, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:11-cv-00327-RCJ-CWH |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| FREMONT HOTEL & CASINO, *et al*., ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on Defendant Boyd Gaming Corp. and Fremont Hotel and Casino's Request for Relief From Minute Order (Document 27) Issued Pursuant to Special Order 109 (#29), filed August 29, 2011. Here, defense counsel Salvatore C. Gugino requests that counsel from law firm of McCorriston Miller Mukai MacKinnon LLP be removed from the CM/ECF Service List because they are no longer involved in this matter. After review, the Court finds that the request does not comply with the procedures set forth in LR IA 10-6. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Boyd Gaming Corp. and Fremont Hotel and Casino's Request for Relief From Minute Order (Document 27) Issued Pursuant to Special Order 109 (#29) is **denied without prejudice**.

Dated this 31st day of August, 2011.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge