1  **GUGINO LAW FIRM, CHTD.**
2  SALVATORE C. GUGINO, ESQ.
   Nevada Bar No. 2268
3  VALARIE I. FUJII, ESQ., Of Counsel
   Nevada Bar No. 5955
4  6970 O'Bannon Drive, Bldg. 2
   Las Vegas, Nevada 89117
5  Tel: (702) 385-3801
   Fax: (702) 385-3015
6

7  *Attorneys For Defendants*
   *Boyd Gaming Corporation*
8  *Fremont Hotel and Casino*

9              **IN THE UNITED STATES DISTRICT COURT**

10                **FOR THE DISTRICT OF NEVADA**

11

12 NANCY S. MIURA,                      )
                                        )
13            Plaintiff,                )     CASE NO.:2:11-cv-00327-RCJ-CWH
                                        )
14 vs.                                  )
                                        )
15 FREMONT HOTEL & CASINO,              )
16 BOYD GAMING CORPORATION,             )
   JOHN DOES 1-10; JANE DOES 1-10,      )     **ORDER and**
17 DOE PARTNERSHIPS 1-10;               )
   DOE CORPORATIONS 1-10; and           )     **JUDGMENT OF DISMISSAL**
18 DOE GOVERNMENTAL ENTITIES 1-10,      )     **WITH PREJUDICE**
                                        )
19            Defendants.               )
20 _____     )

21        The matter of the Motion To Dismiss Plaintiff's Complaint by Defendants BOYD GAMING

22 CORPORATION and FREMONT HOTEL and CASINO having been brought on for hearing at 9:00

23 a.m. on the 21st day of October, 2011;  and Defendants appearing by and through their counsel of

24 record, Salvatore C. Gugino, Esq., of Gugino Law Firm, Chtd.; and Plaintiff NANCY MIURA

25 having failed to appear after notice had been duly given to her counsel of record, Allan F. Suematsu,

26

27 Esq.; and having read the papers and pleadings on file; and it appearing that there is good cause,

28

1        IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Complaint and

2  the causes of action contained therein be, and the same hereby are, dismissed with prejudice.

3        IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff and her counsel

4

5  are hereby sanctioned in the amount of One-Thousand And No/100 Dollars ($1,000.00) for their

6  repeated failures to appear and to comply with the rules of this Court.

7        DATED this 31st day of January, 2012.

8

9

10                UNITED STATES DISTRICT COURT JUDGE

11  Submitted by:

12  GUGINO LAW FIRM, CHTD.

13

14

15  SALVATORE C. GUGINO, ESQ.
Nevada Bar No. 2268

16  6970 O'Bannon Drive, Bldg. 2
Las Vegas, Nevada 89117

17  (702) 385-3801

18
*Attorneys For Defendants*

19  *Boyd Gaming Corporation*
*and Fremont Hotel and Casino*

20

21

22

23

24

25

26

27

28  H:\Boyd\Miura v. Fremont.193.101\USDC NV Pleadings\11-1024.order.judgment.dismissal.wpd