**GUGINO LAW FIRM, CHTD.**
SALVATORE C. GUGINO, ESQ.
Nevada Bar No. 2268
VALARIE I. FUJII, ESQ., Of Counsel
Nevada Bar No. 5955
6970 O'Bannon Drive, Bldg. 2
Las Vegas, Nevada 89117
Tel: (702) 385-3801
Fax: (702) 385-3015

*Attorneys For Defendants*
*Boyd Gaming Corporation*
*Fremont Hotel and Casino*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NANCY S. MIURA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FREMONT HOTEL & CASINO, ) <br> BOYD GAMING CORPORATION, ) <br> JOHN DOES 1-10; JANE DOES 1-10, ) <br> DOE PARTNERSHIPS 1-10; ) <br> DOE CORPORATIONS 1-10; and ) <br> DOE GOVERNMENTAL ENTITIES 1-10, ) <br> ) <br> Defendants. ) <br> _____) | CASE NO.:2:11-cv-00327-RCJ-CWH <br><br> **ORDER and** <br><br> **JUDGMENT OF DISMISSAL** <br> **WITH PREJUDICE** |

The matter of the Motion To Dismiss Plaintiff's Complaint by Defendants BOYD GAMING CORPORATION and FREMONT HOTEL and CASINO having been brought on for hearing at 9:00 a.m. on the 21st day of October, 2011; and Defendants appearing by and through their counsel of record, Salvatore C. Gugino, Esq., of Gugino Law Firm, Chtd.; and Plaintiff NANCY MIURA having failed to appear after notice had been duly given to her counsel of record, Allan F. Suematsu, Esq.; and having read the papers and pleadings on file; and it appearing that there is good cause,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Complaint and the causes of action contained therein be, and the same hereby are, dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff and her counsel are hereby sanctioned in the amount of One-Thousand And No/100 Dollars ($1,000.00) for their repeated failures to appear and to comply with the rules of this Court.

DATED this 31st day of January, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

GUGINO LAW FIRM, CHTD.

_____
SALVATORE C. GUGINO, ESQ.
Nevada Bar No. 2268
6970 O'Bannon Drive, Bldg. 2
Las Vegas, Nevada 89117
(702) 385-3801

*Attorneys For Defendants*
*Boyd Gaming Corporation*
*and Fremont Hotel and Casino*

H:\Boyd\Miura v. Fremont.193.101\USDC NV Pleadings\11-1024.order.judgment.dismissal.wpd

- 2 -